# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>MIGUEL ANGEL PEREZ,<br><br>Defendant(s). | 2:12-CR-441 JCM (VCF) |

# ORDER

Presently before the court is defendant's motion waving Federal Rule of Criminal Procedure 32 disclosure time limits for expedited presentence report. (Doc. # 17).

Defendant requests an expedited presentence report due to the fact that the parties are recommending a sentence for time served. Without a Rule 32 waiver, probation will not be able to disclose the report within the time confines of Rule 32. Defense counsel has represented to the court that the defendant has waived the disclosure time limits imposed by Rule 32 as well as the right to have his attorney present during the interview with the probation officer.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion waving Federal Rule of Criminal Procedure 32 disclosure time limits for an expedited presentence report (doc. # 17) be, and the same hereby, is GRANTED.

DATED February 1, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -